cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HELEN CORTEZ,<br><br>            Plaintiff,<br>v.<br><br>PAYLESS RENTALS; UNITED STATES OF AMERICA,<br><br>            Defendants. | Civil No.06cv0462 BEN (AJB)<br><br>ORDER FOLLOWING PRE ANSWER EARLY NEUTRAL EVALUATION CONFERENCE |

On October 6, 2006, the court convened a pre-answer Early Neutral Evaluation Conference in the above entitled action. Appearing were Mark Bush, Esq., Mary Helen Cortez and David Ronquillo, Esq.; Gary Angotti, Esq., Dianne Schweiner, Esq. and Tony DiFrancesco, client representative on behalf of defendants.

Settlement could not be reached in the case. Some targeted discovery needs to be accomplished with regard to certain aspects of the case. The Court is waiving the parties' Rule 26(f) meeting obligation, and allowing discovery to proceed. The parties will also proceed with initial disclosure. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *October 27, 2006*. The obligation to file a Joint Discovery Plan is waived at this time. The court will hold a Settlement Status Conference on ***December 1, 2006 at 1:30 p.m.*** At that time, the Court, counsel and the parties will attempt to settle with the additional information yielded by discovery in hand.

The parties also tentatively agreed to stipulations with regard to the course and scope issue and the procedural defects with regard to the administrative claim. Counsel will work out a stipulation and provide that to the Court for entry. That will result in rendering the issue pending before Judge Benitez on January 8, 2007 moot.

IT IS SO ORDERED.

DATED: October 6, 2006

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court