```
CAROL C. LAM
United States Attorney
DIANNE M. SCHWEINER
Assistant U.S. Attorney
California State Bar No. 188013
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5680
Facsimile:  (619) 557-5004
Email: dianne.schweiner@usdoj.gov

Attorneys for Defendant
United States of America
```

**ORIGINAL FILED**

06 NOV -8 PM 1:24

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HELEN CORTEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>PAYLESS RENTALS; UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 06cv0462 BEN (AJB)<br><br>STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT UNITED STATES OF AMERICA<br><br>CTRM:   3<br>JUDGE:  Honorable Roger T. Benitez |

**IT IS HEREBY STIPULATED** by and between Plaintiff MARY HELEN CORTEZ (through her counsel Mark Bush), Defendant UNITED STATES OF AMERICA (through its counsel Assistant U.S. Attorney Dianne Schweiner, and E. A. Tharpe, III of Tharpe & Howell), and Defendant PAYLESS RENTALS (through its counsel E. A. Tharpe, III of Tharpe & Howell), as follows:

    1.    On July 20, 2005, Plaintiff filed a personal injury action against PAYLESS RENTALS and a federal employee, Bradley Dodrill, in the San Diego Superior Court (Case No. GIC851033).

    2.    On March 1, 2006, the UNITED STATES removed Plaintiff's state court action to the United States District Court, Southern District of California, and filed a Notice of Substitution of United States as Defendant for Bradley Dodrill pursuant to 28 U.S.C. § 2679(d). Along with its substitution, the United States filed a Certification of Scope of Employment, pursuant to 28 U.S.C. § 2679(d),



certifying that Bradley Dodrill was acting within the scope of his employment with the United States at the time of the incident out of which Plaintiff's claim arose.

3. On March 20, 2006, the UNITED STATES filed a Motion to Dismiss Plaintiff's Complaint on the ground that this Court lacks subject matter jurisdiction over Plaintiff's case against the UNITED STATES. The motion was based on the fact that Plaintiff failed to exhaust her administrative remedies by first filing an administrative claim with the Department of the Navy as required under 28 U.S.C. § 2675(a).

4. On April 11, 2006, Plaintiff filed an Opposition to Defendant's Motion to Dismiss wherein she challenged the course and scope certification previously filed by the United States, and requested discovery on the issue of whether Bradley Dodrill was acting within the scope of his employment during the time of the accident giving rise to this litigation.

5. On August 31, 2006, the Court issued an "Order Continuing Hearing on Motion to Dismiss; Permitting Limited Discovery; and Referring Matter for Early Neutral Evaluation." In its Order, the Court continued the hearing on Defendant's Motion to Dismiss to January 8, 2007, and ordered that the parties could engage in limited discovery on the issue of the government's Certification of Scope of Employment of Bradley Dodrill.

6. On October 6, 2006, the parties appeared before the Honorable Anthony J. Battaglia, U.S. Magistrate Judge, for an Early Neutral Evaluation Conference (ENEC). During the ENEC, all parties agreed to certain procedural terms and conditions which are set forth in this Stipulation and Order.

7. Plaintiff hereby stipulates that Bradley Dodrill was acting within the course and scope of his employment at the time of the accident giving rise to this litigation, and she will no longer challenge the Certification of Scope of Employment filed by the UNITED STATES on March 1, 2006.

8. Plaintiff will voluntarily dismiss the pending action against the UNITED STATES (only) due to her failure to timely file an administrative claim with the Department of Navy before instituting this action. Plaintiff's dismissal will render the UNITED STATES' Motion to Dismiss scheduled for January 8, 2007 as moot, and that motion will be taken off calendar.

9. Should Plaintiff choose to pursue her negligence claim against the UNITED STATES, Plaintiff will file an administrative Claim for Damage, Injury or Death (Standard Form 95) with the

1  Department of Navy within five days of the execution of this Stipulation and Order.

2      10.    The Department of the Navy will thereafter process Plaintiff's administrative claim on an expedited basis.

    11.    Upon receipt of the decision issued by the Department of the Navy, and having then exhausted her administrative remedies, Plaintiff will be authorized to file a new lawsuit for negligence against the UNITED STATES (only) in the United States District Court, Southern District of California.

    12.    The pending case against PAYLESS RENTALS (Case No. 06cv0462 BEN (AJB)) will remain active in the Southern District of California. Initial disclosures and discovery will proceed in this action in accordance with the "Order Following Pre Answer Early Neutral Evaluation Conference" executed by U.S. Magistrate Judge Anthony J. Battaglia on October 6, 2006.

    13.    Simultaneously with the filing of her new action against the UNITED STATES, Plaintiff will file a Notice of Related Case, after which the Court may consolidate the new case against the UNITED STATES with the pending case against PAYLESS RENTALS.

IT IS SO STIPULATED.

DATED: October 16, 2006

Respectfully submitted,

CAROL C. LAM
United States Attorney

*/s/ Dianne M. Schweiner*
DIANNE M. SCHWEINER
Assistant United States Attorney
Attorneys for Defendant
United States of America

DATED: October ___, 2006

THARPE & HOWELL

E. A. THARPE, III, ESQ.
Attorney for Defendants Payless
Rentals and United States of America

DATED: October 13, 2006

LAW OFFICES OF MARK BUSH

MARK BUSH, Attorney for Plaintiff
Mary Helen Cortez

3

06cv0462 BEN (AJB)

1  Department of Navy within five days of the execution of this Stipulation and Order.

2  10. The Department of the Navy will thereafter process Plaintiff's administrative claim on
3  an expedited basis.

4  11. Upon receipt of the decision issued by the Department of the Navy, and having then
5  exhausted her administrative remedies, Plaintiff will be authorized to file a new lawsuit for negligence
6  against the UNITED STATES (only) in the United States District Court, Southern District of California.

7  12. The pending case against PAYLESS RENTALS (Case No. 06cv0462 BEN (AJB)) will
8  remain active in the Southern District of California. Initial disclosures and discovery will proceed in
9  this action in accordance with the "Order Following Pre Answer Early Neutral Evaluation Conference"
10 executed by U.S. Magistrate Judge Anthony J. Battaglia on October 6, 2006.

11  13. Simultaneously with the filing of her new action against the UNITED STATES, Plaintiff
12 will file a Notice of Related Case, after which the Court may consolidate the new case against the
13 UNITED STATES with the pending case against PAYLESS RENTALS.

14  IT IS SO STIPULATED.

16  DATED: October ___, 2006

Respectfully submitted,

CAROL C. LAM
United States Attorney


DIANNE M. SCHWEINER
Assistant United States Attorney
Attorneys for Defendant
United States of America

22  DATED: October /*, 2006

THARPE & HOWELL

E. A. THARPE, III, ESQ.
Attorney for Defendants Payless
Rentals and United States of America

26  DATED: October ___, 2006

LAW OFFICES OF MARK BUSH


MARK BUSH, Attorney for Plaintiff
Mary Helen Cortez