cal sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HELEN CORTEZ,               ) | Civil No.06cv0462 BEN (AJB) |
| )  Plaintiff,                    ) | |
| v.                               ) | ORDER FOLLOWING SETTLEMENT STATUS CONFERENCE |
| PAYLESS RENTALS; UNITED STATES   ) OF AMERICA,                     ) | |
| Defendants.                ) | |

On December 1, 2006, the Court convened a Settlement Status Conference in the above entitled action. Appearing were Mark Bush, Esq., Mary Cortez and Vianca Traconis on behalf of plaintiff; Dianne Schweiner, Esq. on behalf of defendant U.S., Gary Angotti, Esq., and Tony DiFrancesco, client representative on behalf of defendant Payless.

The case settled in its entirety. The settlement was reached in the presence of the Court and is binding and judicially enforceable.

A telephonically Settlement Disposition Conference will be held *on January 19, 2007 at 9:00 a.m.* Plaintiff's counsel will initiate the conference call. Counsel and all parties *shall appear in person* unless a signed joint motion for dismissal of this case is filed and **a copy of the signed joint motion is provided to the chambers of Magistrate Judge Battaglia** *(via e:mail at efile_battaglia@casd.uscourts.gov* **no less than 24 hours prior to the scheduled conference**. **Monetary sanctions shall be imposed for failure to comply with this order**.

1                                                                                                06cv0462

The settlement includes the related, but as yet, unanswered case filed against the United States. Plaintiff's counsel will submit a voluntary dismissal of the United States in that action bringing that matter to a close.

IT IS SO ORDERED.

DATED: December 4, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court